IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | | |
|---|---|---|---|
| Civil Action: | 23-cv-01927-CNS-KAS | Date: | March 12, 2024 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| SCOTT CAREY<br>**Plaintiff** | *Raymond Bryant*<br>*Luke McConnell* |
| v. | |
| MARK MATTHEWS<br>**Defendant** | *Jeremy Speckhals* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  12:59 p.m.

Appearance of counsel.

Argument as to [13] Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) given by Mr. Speckhals and Mr. Bryant with questions from the Court.

As outlined on the record, it is

**ORDERED:** [13] Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED in part and DENIED in part.

**Claim as to unlawful arrest is DISMISSED.**

[17] Defendant's Motion to Stay Discovery is DENIED as moot.

Court in Recess:  1:37 p.m.          Hearing concluded.          Total time in Court:  00:38