**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01927-CNS-KAS

**SCOTT CAREY,**

Plaintiff,

v.

**MARK MATTHEWS**

Defendant.

---

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT MARK MATTHEWS

---

The undersigned counsel, Evan P. Lee, for good cause shown, moves the Court for entry of an order allowing him to withdraw as counsel for Defendant Mark Matthews ("Defendant") pursuant to D.C.COLO.LAttyR 5(b).  As grounds for the Motion, undersigned counsel states as follows:

1.      As of May 17, 2024, counsel for Defendant, Evan P. Lee, will no longer be associated with the law firm of Rider Kafer, P.C.  Kelly L. Kafer and Jeremy R. Speckhals, of Rider Kafer, P.C., will continue to represent Defendant in this matter.

2.      Because undersigned counsel is leaving his law firm and Defendant will continue to be represented by Kelly L. Kafer and Jeremy R. Speckhals, there exists good cause for granting leave for undersigned to withdraw as counsel for Defendant.

3.      The undersigned requests that the Court and all other interested parties remove him from all mailing lists and notices in this case.

4.      Pursuant to D.C.COLO.LAttyR 5(b), this Motion for Leave to Withdraw as Counsel has been served on all counsel of record and on Defendant.

5.      Defendant understands and is advised that it may not appear in this matter without counsel admitted to the bar of this court, and that any effort to appear in this matter without counsel may result in pleadings and papers being stricken, and default judgment or other sanctions imposed against Defendant.

WHEREFORE, the undersigned respectfully requests this Court grant the Motion for Leave to Withdraw as Counsel and issue an order permitting Evan P. Lee to withdraw as counsel of record for Defendant Mark Matthews.


Dated this May 8, 2024.                           Respectfully submitted,


                                                  *s/ Evan P. Lee*
                                                  Evan P. Lee, Esq.
                                                  Rider Kafer, P.C.
                                                  1512 Larimer Street, Suite 450
                                                  Denver, CO 80202
                                                  Phone: (303) 623-1832
                                                  Fax: (303) 623-1833
                                                  Email: elee@riderkafer.com

                                                  ATTORNEY FOR DEFENDANT

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was duly served May 8, 2024 to each of the following:

| | | |
|---|---|---|
| Luke W. McConnell, Esq. | ( ) | via U.S. Mail |
| Raymond K. Bryant, Esq. | ( ) | via Electronic Mail |
| Civil Rights Litigation Group, PLLC | ( ) | via Facsimile |
| 1543 Champa St., Suite 400 | ( ) | via Overnight Mail |
| Denver, CO 80202 | (x) | via CM/ECF System |
| *Counsel for Plaintiff* | | |

*s/ Imelda Andrade*